# IN THE SUPREME COURT OF THE STATE OF NEVADA

TONJA BROWN,
                    Appellant,
          vs.
FIRST AMERICAN TITLE COMPANY;
AND ONE WEST BANK, FSB,
                    Respondents.

No. 75351

**FILED**

MAR 2 3 2018

ELIZABETH A. BROWN
CLERK OF SUPREME COURT
BY S. Young
DEPUTY CLERK

## *ORDER DISMISSING APPEAL*

Cause appearing, appellant's motion for a voluntary dismissal of this appeal is granted. This appeal is dismissed. NRAP 42(b).

It is so ORDERED.

CLERK OF THE SUPREME COURT
ELIZABETH A. BROWN

BY: _____

cc:     Hon. Leon Aberasturi, District Judge
        Tonja Brown
        Bader & Ryan
        Third District Court Clerk

SUPREME COURT
OF
NEVADA

CLERK'S ORDER

(O)-1947

18-11435